---

No. 95-4016SI

---

John Barry Davis,                    *
                                     *
          Appellant,                 *     Appeal from the United States
                                     *     District Court for the Southern
     v.                              *     District of Iowa.
                                     *
Thomas E. Hundley,                   *     [UNPUBLISHED]
                                     *
          Appellee.                  *

---

Submitted:  May 17, 1996

Filed:  May 22, 1996

---

Before McMILLIAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

---

PER CURIAM.

     John Barry Davis appeals the district court's denial of his 28 U.S.C. § 2254 petition.  Davis contends the evidence is insufficient to support his convictions for burglary and theft.  He also contends his trial counsel provided ineffective assistance.  Discussion of the issues presented by this appeal will serve no useful purpose.  We have carefully considered Davis's contentions and find them to be without merit.  We thus affirm Davis's convictions.  See 8th Cir. R. 47B.

     A true copy.

          Attest:

               CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.